JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH ANN WUNDERMAN-COOPER, on behalf of herself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO SYNDICATE NOS. 623 AND 2623 UNDER CONTRACT NO. W15HUJ07PNDM, et al., )<br><br>Defendants. ) | Case No. CV 14-7475 FMO (MANx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.  Each party shall bear its or her own fees and costs.

Dated this 30th day of September, 2015.

/s/
Fernando M. Olguin
United States District Judge